UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG CARROLL,<br><br>               Plaintiff,<br><br>    v.<br><br>BUREAU OF PRISONS, UNITED STATES PENITENTIARY, ATWATER,<br><br>               Defendant. | Case No. 1:21-cv-00081-SKO (PC)<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE**<br><br>45-DAY DEADLINE |

Plaintiff has not paid the $400 filing fee for this action or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Accordingly, Plaintiff SHALL, **within 45 days** of the date of service of this order, submit the attached application to proceed *in forma pauperis*, completed and signed, or, in the alternative, pay the $400 filing fee in full. No requests for an extension of time will be granted without a showing of good cause. **Failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:   **January 25, 2021**                      /s/ *Sheila K. Oberto*
                                                                              UNITED STATES MAGISTRATE JUDGE